IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| | | |
|---|---|---|
| STEVEN SHELANGOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | Law No. LACV095413 |
| | ) | |
| v. | ) | |
| | ) | |
| REXCO EQUIPMENT, INC., and | ) | **ORIGINAL NOTICE** |
| JOSHUA BOTTELMAN, | ) | |
| | ) | |
| Defendants. | ) | |

TO THE ABOVE-NAMED DEFENDANTS:

You are notified that a petition has been filed in the office of the clerk of this court naming you as the defendant in this action. A copy of the petition (and any documents filed with it) is attached to this notice. The attorney for the plaintiffs is Vernon P. Squires, whose address is Bradley & Riley PC, 2007 First Avenue SE, P.O. Box 2804, Cedar Rapids, Iowa 52406-2804. That attorney's telephone number is (319) 363-0101; facsimile number (319) 363-9824.

You must serve a motion or answer within 20 days after service of this original notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Linn County, at the county courthouse in Cedar Rapids, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district **ADA** coordinator at 319-398-3920, ext 1105. (If you are hearing impaired, call Relay Iowa **TTY** at 1-800-735-2942).

IMPORTANT

YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.

EXHIBIT A

# STATE OF IOWA JUDICIARY

Case No. LACV095413
County Linn

Case Title  STEVEN SHELANGOSKI VS REXCO EQUIPMENT INC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16**: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**  . (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

Date Issued  04/28/2020 09:35:06 AM



District Clerk of  Linn          County

/s/ Breauna Emanuel