IN THE IOWA DISTRICT COURT IN AND FOR LINN COUNTY

| | | |
|---|---|---|
| STEVEN SHELANGOSKI, | ) | |
| | ) | |
| Plaintiff, | ) | No. LACV095413 |
| | ) | |
| v. | ) | |
| | ) | ACCEPTANCE OF SERVICE |
| REXCO EQUIPMENT, INC., and | ) | |
| JOSHUA BOTTELMAN, | ) | |
| | ) | |
| Defendants. | ) | |

Samuel "Luke" Craven of Whitfield & Eddy, P.L.C. states that I am an attorney for Defendants Rexco Equipment, Inc. and Joshua Bottelman, and am authorized and hereby accept service on behalf of said Defendants of the Original Notice and Petition at Law and Jury Demand in this matter and waive all objections regarding said service.

Pursuant to Iowa Code Section 622.1, I certify under penalty of perjury and pursuant to the laws of the State of Iowa that the preceding is true and correct to the best of my knowledge.

Dated this 6th day of May, 2020.

/s/ S. Luke Craven
SAMUEL "LUKE" CRAVEN
WHITFIELD & EDDY, P.L.C.
699 Walnut Street, Suite 2000
Des Moines, IA 50309
D: (515) 246-5588
P: (515) 288-6041 F: (515) 246-1474
E: Craven@whitfieldlaw.com
ATTORNEY FOR THE DEFENDANTS

EXHIBIT C

Copy to:

Vernon P. Squires
Bradley & Riley PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
E: vsquires@bradleyriley.com
*Attorneys for the Plaintiff*