IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| STEVEN SHELANGOSKI, | Case No. LACV095413 |
| Plaintiff, | |
| v. | |
| REXCO EQUIPMENT, INC. and JOSHUA BOTTELMAN, | **APPEARANCE** |
| Defendants. | |

COMES NOW, S. Luke Craven, of the law firm of Whitfield & Eddy, P.L.C., 699 Walnut Street, Suite 2000, Des Moines, IA 50309, and hereby enters his Appearance in the above-captioned matter on behalf of Defendants, Rexco Equipment, Inc. and Joshua Bottelman.

> WHITFIELD & EDDY, P.L.C.
> 699 Walnut St., Suite 2000
> Des Moines, IA  50309
> Telephone:  (515) 288-6041
> Fax:  (515) 246-1474
> Email: craven@whitfieldlaw.com
>
> By    /s/ *S. Luke Craven*
>            S. Luke Craven
>
> ATTORNEYS FOR DEFENDANTS

Original filed via EDMS.

EXHIBIT D