IN THE IOWA DISTRICT COURT FOR LINN COUNTY

| | |
|---|---|
| STEVEN SHELANGOSKI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>REXCO EQUIPMENT, INC., and JOSHUA BOTTELMAN,<br><br>　　　　Defendant. | Case No. LACV095413<br><br><br><br>NOTICE OF FILING REMOVAL TO FEDERAL COURT |

TO:　Clerk of Court, Iowa District Court for Linn County

Please take notice that on May 22, 2020, Defendants Rexco Equipment, Inc. and Joshua Bottelman, filed a Notice of Removal of the above-entitled action with the United States District Court for the Northern District of Iowa, Cedar Rapids Division. A copy of the Notice of Removal is attached hereto.

　　　　　　　　　　　　　　　　　　　WHITFIELD & EDDY, P.L.C.
　　　　　　　　　　　　　　　　　　　699 Walnut St., Suite 2000
　　　　　　　　　　　　　　　　　　　Des Moines, IA  50309
　　　　　　　　　　　　　　　　　　　Telephone:  (515) 288-6041
　　　　　　　　　　　　　　　　　　　Fax:  (515) 246-1474
　　　　　　　　　　　　　　　　　　　Email: craven@whitfieldlaw.com


　　　　　　　　　　　　　　　　　　　By 　/s/ S. Luke Craven
　　　　　　　　　　　　　　　　　　　　　　S. Luke Craven

　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANTS


**Original filed via EDMS**

　　　　The undersigned certifies that the foregoing was served electronically through filing with the Electronic Document Management System, as well as through email and mail to the following individual:

**EXHIBIT E**

Vernon P. Squires
Bradley & Riley PC
2007 First Avenue SE
P.O. Box 2804
Cedar Rapids, IA 52406-2804
Phone: (319) 363-0101
Direct Dial: (319) 861-8726
Email: vsquires@bradleyriley.com

ATTORNEYS FOR THE PLAINTIFF

      /s/ S. Luke Craven
      S. Luke Craven
      WHITFIELD & EDDY, P.L.C.
      699 Walnut St., Suite 2000
      Des Moines, IA 50309